# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |
|---|---|
| JOSHUA JOHNSON, | |
| *Plaintiff,* | **CIVIL ACTION NO. 4:22-CV-04086** |
| v. | **JUDGE DREW B. TIPTON** |
| AMAZON.COM, INC., et al. | |
| *Defendants.* | |

## DEFENDANT AMAZON'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1(a)(1), defendant Amazon.com, Inc. hereby states that it is a publicly traded company, that it does not have a parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Pursuant to Fed. R. Civ. P. 7.1(a)(2), defendant Amazon.com, Inc. hereby states that it is a corporation incorporated in Delaware with its principal place of business in Seattle, Washington. This disclosure is intended to ensure that diversity jurisdiction exists in this matter.

The undersigned counsel of record for defendant Amazon.com, Inc. certifies that it is not aware of any persons who have an interest in this case other than the above-named parties. This representation is made to enable the Court to evaluate possible disqualification or recusal.

Dated:  February 21, 2023

Respectfully submitted,

/s/ *Gregory F. Miller*
Gregory F. Miller (Attorney-in-Charge)
Texas Bar No. 24088062
Federal I.D. No. 3607579
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Tel: 206.359.8000
Fax: 206.359.9000
GMiller@perkinscoie.com

*Attorney for Defendant Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 21, 2023 to all counsel of record, via the Court's CM/ECF system.

Cesar Tavares
Bar No. 2572168
Alma J. Reyes
Bar No. 1054792
Michael Samaniego
Bar No. 3782332
8441 Gulf Frwy, Suite 600
Houston, TX 77017
(713) 230-2200
tavareslitteam@whlaw.com

*Attorneys for Plaintiff*

*/s/ Gregory F. Miller*
Gregory F. Miller